No. 1393. NUCCIO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jerome Lewis* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 971. DUMAINE v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Guy Johnson* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Jim Garrison* for respondent.

No. 974. IN RE POWELL. C. A. D. C. Cir. Motion to stay order of disbarment denied. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.

No. 1068. THOMPSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Marshall W. Krause* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* and *Gloria F. DeHart,* Deputy Attorneys General, for respondent.

No. 526, Misc. WEAVER v. LANE, WARDEN. C. A. 7th Cir. Certiorari denied. *Thomas L. Shaffer* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Assistant Attorney General, for respondent.

No. 1154. WALLACE v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied for the reason that petition was not timely filed. *David S. Haynes* for petitioner.